# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Michael Anthony Williams                Docket No. 2:06-CR-10-1

### Petition for Action on Supervised Release

COMES NOW Kevin L. Connolley, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Anthony Williams, who, upon an earlier plea of guilty to Mail Fraud, 18 U.S.C. §1341, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 8, 2009, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Michael Anthony Williams is scheduled to be released from custody on September 22, 2010, at which time the term of supervised release shall commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently an inmate at FCC Beaumont, Texas, and is scheduled to be released from the Bureau of Prisons to begin his term of supervised release on September 22, 2010. However, he has no residence, family or significant others upon whom he can rely for housing assistance. Thus, we are asking the court to add a six month RRC condition to Mr. Williams' conditions of supervision. The RRC placement will provide for the offender's shelter and sustenance until he is able to secure an independent living situation. Further, we ask the court to impose the RRC condition in a fashion which will allow Mr. Williams to be released from the RRC before completion of the six month placement when and if a release plan is approved by the probation

Michael Anthony Williams
Docket No. 2:06-CR-10-1
Petition For Action
Page 2

office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The defendant may be released from the residential reentry center before completion of the 180 day placement, when a release plan is approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Supervising U.S. Probation Officer
2 Princess Street, Suite 308, Room 214
Wilmington, NC 28401
Phone: (910) 815-4510, X204
Executed On: August 13, 2010

## ORDER OF COURT

Considered and ordered this 23rd day of Aug, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge