# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

**U.S.A. vs. Michael Anthony Williams**                    **Docket No. 2:06-CR-10-1H**

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Anthony Williams, who, upon an earlier plea of guilty to Mail Fraud in violation of 18 U.S.C. § 1341, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 8, 2009, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Michael Anthony Williams was released from custody on September 22, 2010, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant commenced the term of supervised release in the RRC, due to having no residence plan or family who could assist with establishing an independent living situation. Since the start of supervision, Mr. Williams has faced many obstacles, such as addressing old outstanding charges, mainly bad checks and traffic infractions, and child support arrearage. He has had trouble maintaining employment and a stable residence. His ability to maintain a job has been hampered by not having a vehicle or a driver's license. In turn, he is also in arrears on his restitution payments. The defendant has complicated his situation by making some poor decisions, such as trying to start his own personal training business and focusing on a civil law suit he filed against a local business.

Mr. Williams is a college graduate and has the tools to succeed, but has yet to do so. The defendant has complied with the conditions of supervision, but has made little progress in becoming an independent and productive citizen. It is recommended the conditions of supervision be modified by adding the cognitive behavioral program condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.      The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Robert L. Thornton                     /s/ Chip Williams
Robert L. Thornton                          Chip Williams
Supervising U.S. Probation Officer          U.S. Probation Officer
                                            2 Princess Street, Suite 308
                                            Wilmington, NC 28401-3958
                                            Phone: 910-815-4857
                                            Executed On: May 1, 2013

## ORDER OF COURT

Considered and ordered this  1st  day of             May           , 2013, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge